# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

EDMUND KIRK, WILLIAM KLEIN, HORACE BOOTH, KELSEY COURNOYER, MICHAEL GROWBLESKI, and BRENTON WHITE, individually and on behalf of all other similarly situated individuals,

        Plaintiffs,

v.

WASTE MANAGEMENT, INC., and WASTE MANAGEMENT OF WISCONSIN, INC.

        Defendants.

Court No.: 2:09-cv-01024

---

## ORDER FOR DISMISSAL

Based on the Parties' submitted stipulation and good cause appearing therefrom, IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice as to Defendants. Each party is to bear its own costs. This case is closed.

**IT IS SO ORDERED**

DATED: April 13, 2010        *s/ Rudolph T. Randa*

        Hon. Judge Rudolph T. Randa

        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF WISCONSIN